UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NORTH COUNTRY BANK & TRUST,

    Plaintiff,

v.

ROBERT EMMETT GREEN,

    Defendant.
_____/

Case No. 2:05-cv-132
HON. DAVID W. MCKEAGUE

## ORDER

On June 2, 2005, Plaintiff North Country Bank & Trust filed a motion to remand this matter to state court. Defendant having filed his response to this motion, the Court having heard arguments from counsel, and being fully advised in the premises,

IT IS HEREBY ORDERED, for the reasons stated on the record, that the motion to remand (Docket #5) is GRANTED and this matter is REMANDED to the Marquette County Circuit Court for further proceedings.

IT IS SO ORDERED.

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    UNITED STATES MAGISTRATE JUDGE

Dated: July 6, 2005